UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| V. | ) |
| | ) CIVIL ACTION NO. |
| REAL PROPERTY LOCATED AND SITUATED AT 9801 N. WARE ROAD, MCALLEN, HIDLAGO COUNTY, TEXAS 78504, | ) SA12CA0823 OG |
| | ) |
| Respondent. | ) |

## NOTICE OF COMPLAINT FOR FORFEITURE

1. On September 4th, 2012, a Verified Complaint for Forfeiture *in rem* was filed in this Court by the United States Attorney for the Western District of Texas, against the **Real Property located and situated at 9801 N. Ware Road, McAllen, Hidalgo County, Texas 78504**, with all buildings, appurtenances, and improvements thereon and any and all surface and sub-surface rights, title and interests, if any (hereinafter the Respondent Real Property), more particularly described in the Verified Complaint for Forfeiture, for violations of Title 18 U.S.C. §§ 1956 and 1957, and subject to forfeiture to the United States of America pursuant to Title 18 U.S.C. §§ 981(a)(1)(A) and 981(a)(1)(C).

2. Pursuant to Supplemental Rule G(4)(b) notice to any person who reasonably appears to be a potential claimant shall be by direct notice. Accompanying this notice is the Verified Complaint for Forfeiture which has been filed in this cause and which describes the Respondent Real Property. Pursuant to Supplemental Rule G(4)(b) any person claiming an interest in the Respondent Real Property who has received direct notice of this forfeiture action must file a Claim in compliance

**APPENDIX B**

with Rule G(5)(a), with the court within **thirty-five (35) days after the notice was sent, if delivered by mail (if mailed, the date sent is provided below), or within 35 days of the date of delivery, if notice was personally served**. An Answer or motion under Rule 12 of the Federal Rules of Civil Procedure must then be filed within **twenty-one (21)** days of the Claim being filed.

The Claim and Answer must be filed with the Clerk of the U.S. District Court, 655 East Cesar E. Chavez Blvd., Room G65, San Antonio, Texas 78206, and copies of each shall be served upon Assistant United States Attorney Mary Nelda G. Valadez, United States Attorney's Office, 601 NW Loop 410, Suite 600, San Antonio, TX 78216, or default and forfeiture will be ordered. *See* Title 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claim and Asset Forfeiture Actions.

Failure to follow the requirements set forth above will result in a judgment by default taken against you for the relief demanded in the complaint.

DATE NOTICE SENT: _____

    Respectfully submitted,

    ROBERT PITMAN
    United States Attorney

By: *(signature)*
    Mary Nelda G. Valadez
    Assistant United States Attorney
    Asset Forfeiture Section
    601 N.W. Loop 410, Suite 600
    San Antonio, Texas 78216
    Tel: (210) 384-7040
    Fax: (210) 384-7045
    Texas Bar No. 20421844