FILED

SEP 17 2012

CLERK, U.S. DISTRIC__ __URT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **V.** | ) | |
| | ) CIVIL ACTION NO.  SA-12-CV-823-OLG | |
| **REAL PROPERTY LOCATED AND** | ) | |
| **SITUATED AT 9801 N. WARE ROAD,** | ) | |
| **MCALLEN, HIDLAGO COUNTY,** | ) | |
| **TEXAS 78504,** | ) | |
| | ) | |
| **Respondent.** | ) | |

**ORDER TO ENTER, AND TAKE EXCLUSIVE POSSESSION,**
**CUSTODY, AND CONTROL OF REAL PROPERTY LOCATED AT**
**9801 N. WARE ROAD, MCALLEN, HIDALGO COUNTY, TEXAS**

On this date came on to be considered the United States of America's Motion to Enter, and

Take Exclusive Possession, Custody, and Control of Real Property Described and Situated 9801 N.

Ware Road, McAllen, Hidalgo County, Texas, for Purpose of Preserving and Securing, Pending

Final Determination of Forfeiture.  The Court, having considered same, is of the opinion that the

Motion is meritorious and shall be, and hereby is, in all things GRANTED; and, IT IS HEREBY,

ORDERED that the Internal Revenue Service, and/or its designated representative, shall be

permitted to enter and shall take exclusive possession, custody, and control of the Respondent Real

Property for purpose of preserving and securing, said real property pending final determination of

forfeiture, to wit:

> **Lot 1, Allen Estates Subdivision, Hidalgo County, Texas, according to the**
> **plat thereof recorded in Volume 45, Page 16, Plat Records of Hidalgo**
> **County, Texas.**
>
> **The North 4.85 acres of the South 5.30 acres of Lot 143, PRIDE**
> **O'TEXAS SUBDIVISION, Hidalgo County, Texas, according to map**

thereof recorded in Volume 5, Page 58 and 59, Map Records of Hidalgo County, Texas;

SAVE AND EXCEPT the West 400 feet previously conveyed to Lawrence R. Thompson and wife, Margaret V. Thompson by Deed date June 15, 1994, filed for record in the Office of the County Clerk of Hidalgo County, Texas, on June 30, 1995, under Clerk's File No. 395391 and corrected by instrument filed August 15, 1995 under Clerk's File No. 469168.

RESERVATIONS FROM AND EXCEPTIONS TO CONVEYANCE AND WARRANTY FOR ALL OF THE AFOREMENTIONED REAL PROPERTY: Easements, rights-of-way, and prescriptive rights, whether of record or not; all presently recorded instruments, other than liens and conveyances, that affect the property.

IT IS FURTHER ORDERED that the Internal Revenue Service and/or its designated representative shall take all necessary measures to preserve and protect the value of the above-described Respondent Real Property.

IT IS SO ORDERED.

SIGNED this the _17_ day of _Sept._____, 2012.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE